UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 21, 2016

Nos. 15-2781 & 15-3068

JHONATHAN VICTORIA JAVIER,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,

Respondent

(Agency No. A059-303-967)

Present:  GREENAWAY, Jr, VANASKIE and SHWARTZ, Circuit Judges

Motion by Respondent for Publication of the Court's June 9, 2016 Opinion.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: August 3, 2016
PDB/cc: All Counsel of Record